IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RASHAD LEE,                )<br>                            )<br>    Plaintiff,            )<br>                            )<br>    v.                      )<br>                            )<br>CYNTHIA STEWART, et al.,   )<br>                            )<br>    Defendants.            ) | CIVIL ACTION NO.<br>2:25cv389-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 3) is adopted.

(2) Plaintiff's motion to proceed in forma pauperis (Doc. 2) is denied.

(3) This lawsuit is dismissed without prejudice because plaintiff has accumulated at least three strikes under 28 U.S.C. § 1915(g) and abused the judicial process by providing false information regarding his litigation history.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of October, 2025.

                                             /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE